IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANDREW L. WELLING and C. DAVID WELLING, as personal representatives of the Estate of Louise A. Welling | * * * | |
| Plaintiff | | Case No.: 1:19-cv-3545-TSC |
| v. | * | |
| ADAMS MORGAN HOTEL OWNERS, LLC t/a THE LINE DC | * | |
| and | * | |
| SYDELL GROUP, LLC | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

This matter came before this Honorable Court on Defendants' Motion for Summary Judgment and Plaintiff's Opposition thereto, and after oral hearing, it is this _____ day of _____, 202___ hereby

ORDERED, that Defendants' Motion be and hereby is GRANTED, and further

ORDERED, that Summary Judgment be entered in Defendants' favor on all claims.

_____
Tanya S. Chutkan
Judge, United States District Court
for the District of Columbia

Copies to:

1

Ellis J. Koch, Esquire (#MD05356)
5904 Hubbard Drive
Rockville, MD 20852
301-231-9480
Kochlaw@msn.com
*Counsel for Plaintiff*

Matthew Ranck, #484983
Schenker & Lopez
600 Red Brook Boulevard
Owings Mills, Maryland 21117
(410) 559-2420
Matthew.ranck@zurichna.com
*Attorneys for Defendants*