IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW L. WELLING and<br>C. DAVID WELLING, as personal<br>representatives of the Estate of<br>Louise A. Welling | *<br>*<br>* |
| Plaintiff | Case No.: 1:19-cv-3545-TSC |
| v. | * |
| ADAMS MORGAN HOTEL<br>OWNERS, LLC t/a THE LINE DC | * |
| and | * |
| SYDELL GROUP, LLC | * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT MOTION TO STAY PROCEEDINGS PENDING DISMISSAL**

The Parties, through their respective counsel, hereby file this Joint Motion to Stay Proceedings Pending Dismissal of the suit, and state as cause:

1.  Pursuant to the Scheduling Order, Defendants filed a Motion for Summary Judgment on December 3, 2024, and Plaintiffs filed an Opposition thereto on December 30, 2024.

2.  Pursuant to the Scheduling Order, Defendants' Reply to Plaintiffs' Opposition is due January 23, 2025.

3.  In addition, Plaintiffs previously filed a Motion to Construe Statutes, Defendants opposed Plaintiffs' motion, and the motion remains pending.

4.  The Parties have reached an Agreement to resolve the entire case that will result in the dismissal of all claims, but they require time to have the paperwork associated with their

1

agreement signed and to file appropriate papers with the Florida Court where the Estate of Louise Welling was opened.

5. As dismissal is imminent, the Parties seek to preserve the Court's valuable resources that would otherwise be utilized in addressing the pending motions and any other matters in this case.

6. As a result, the Parties respectfully request that all current briefing and other deadlines be stayed, and that all motions held in abeyance, for 45 days so that the Parties can consummate their agreement and dismiss the case.

Wherefore, for the reasons aforesaid, the Parties respectfully request that the Court enter an Order:

1. Staying all deadlines and proceedings for 45 days;

2. Directing the Parties to file on or before March 7, 2025, either:

   a. A Stipulation of Dismissal with Prejudice of all Claims, OR

   b. A report to the Court explaining why such Dismissal was cannot be filed.

Respectfully submitted,

/s/ Matthew A. Ranck_____
Matthew Ranck (#484983)
Schenker & Lopez
600 Red Brook Boulevard
Owings Mills, Maryland 21117
T: (410) 559-2420
F: (410) 559-2401
Matthew.Ranck@zurichna.com
Attorneys for Defendants

/s/ Ellis Koch_____
Ellis J. Koch (#MD05356)
200A Monroe Street

        Suite 305
        Rockville MD, 20850
        301-231-9480
        Kochlaw@msn.com
        *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day January 2025, a copy of the foregoing Joint Motion to Stay Proceedings Pending Dismissal was served electronically to:

Ellis J. Koch, Esquire (#MD05356)
Ellis J. Koch Esquire
200A Monroe Street
Suite 305
Rockville MD, 20850
301-231-9480
Kochlaw@msn.com
*Counsel for Plaintiffs*

        */s/ Matthew A. Ranck*
        Matthew A. Ranck (#484983)